UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHEPARD H. SAMUELS                                    CIVIL ACTION

VERSUS                                                         NO. 23-1072

STATE FARM FIRE AND CASUALTY                SECTION "R" (5)
COMPANY

# ORDER

Before the Court is plaintiff's opposed[1] motion to enforce settlement.[2] The Court has reviewed the complaint,[3] plaintiff's motion, the record, the applicable law, and Chief Magistrate Judge Michael North's Report and Recommendation ("R&R").[4] On April 22, 2025, Chief Magistrate Judge North issued an R&R, recommending that the Court deny plaintiff's motion to enforce settlement.[5] Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need

---

[1]   R. Doc. 30.
[2]   R. Doc. 28.
[3]   R. Doc. 1.
[4]   R. Doc. 33.
[5]   *Id.*

1

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court DENIES plaintiff's motion to enforce settlement.

New Orleans, Louisiana, this __22nd__ day of May, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE